# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Ozel Stinson and Vanessa Stinson,

               Plaintiffs,

v.

U.S. Bank, NA as Trustee for CitiGroup
Mortgage Loan Trust 2007 AMC2, Asset-
backed Pass-through Certificates, Series
2007-AMC2, CitiMortgage, Inc., and Argent
Mortgage Co., LLC.,

               Defendants.

Civil No. 12-68 (SRN/AJB)

**ORDER ADOPTING
REPORT AND RECOMMENDATION**

---

Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated June 13, 2012, with all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED** that:

1.    The Report and Recommendation (Docket No. 23) is **ADOPTED**.

2.    Defendant Argent Mortgage Co., LLC's Motion to Dismiss (Docket No. 6) and Defendants U.S. Bank, NA and CitiMortgage, Inc.'s Motion to Dismiss (Docket No. 11) are **GRANTED.**

3.    This case is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  July 2, 2012

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge