# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Ozel Stinson and Vanessa Stinson,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. Bank, NA as Trustee for CitiGroup Mortgage Loan Trust 2007 AMC2, Asset-backed Pass-through Certificates, Series 2007-AMC2, CitiMortgage, Inc., and Argent Mortgage Co., LLC.,<br><br>Defendants. | Civil No. 12-68 (SRN/AJB)<br><br><br>**ORDER ADOPTING<br>REPORT AND RECOMMENDATION** |

Based upon the Report and Recommendation by United States Chief Magistrate Judge Arthur J. Boylan dated June 13, 2012, with all the files and records, and no objections having been filed to said Recommendation,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation (Docket No. 23) is **ADOPTED**.

2. Defendant Argent Mortgage Co., LLC's Motion to Dismiss (Docket No. 6) and Defendants U.S. Bank, NA and CitiMortgage, Inc.'s Motion to Dismiss (Docket No. 11) are **GRANTED.**

3. This case is dismissed with prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 2, 2012	s/Susan Richard Nelson
	SUSAN RICHARD NELSON
	United States District Judge